Don and Betty SHARP, Appellant,

v.

Harold FRIDKIN, and Linde, Thompson, Langworthy, Kohn, et al., Respondents.

No. WD 47595.

Missouri Court of Appeals, Western District.

Oct. 26, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 30, 1993.

Application to Transfer Denied Jan. 25, 1994.

Christopher R. Williams, Walker & Williams, Kansas City, for appellant.

David M. Rhodus, Daniel J. Ryan, Roy F. Walters, Kansas City, for respondents.

Before TURNAGE, C.J., and FENNER and ELLIS, JJ.

*ORDER*

PER CURIAM:

Appeal from judgment granting summary judgment because the action was barred by the statute of limitations.

Judgment affirmed. Rule 84.16(b).